UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TRUSTEES OF THE SHEET METAL WORKERS'
LOCAL UNION NO. 28 FUNDS AND PLANS
et al.,

        Plaintiffs,

- against -

AIR WISE HEATING & COOLING, INC.

        Defendant.

---

18cv11569 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

For the reasons stated on the record at the hearing on **November 21, 2019,** the plaintiffs are entitled to a default judgment. The case is referred to the Magistrate Judge for an inquest on damages.

**SO ORDERED.**

Dated:   New York, New York
        November 21, 2019

                                John G. Koeltl
                           United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 11-22-19