```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
───────────────────────────────────────────

TRUSTEES OF THE SHEET METAL WORKERS'
LOCAL UNION NO. 28 FUNDS AND PLANS,
et al.,                                              18cv11569 (JGK)

                Plaintiffs,                      <u>ORDER</u>

     - against -

AIR WISE HEATING & COOLING, INC.,

                Defendant.
───────────────────────────────────────────

**JOHN G. KOELTL, District Judge:**

    The Court has reviewed the Report and Recommendation of Magistrate Judge Gorenstein. The time for objections has passed and no objections were filed. In any event, the Court finds that the Report and Recommendation are well-reasoned and should be adopted. Therefore, the Court directs the Clerk to enter judgment in favor of the plaintiffs and against the defendant in the amount of $105,202.21 plus prejudgment interest at the rate of $34.95 per day from December 13, 2016 until the date judgment is entered. The Clerk is also directed to close any pending motions and to close this case.

**SO ORDERED.**

**Dated:**    **New York, New York**
            **June 23, 2020**                    /s/ John G. Koeltl
                                                          **John G. Koeltl**
                                        **United States District Judge**