**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
TRUSTEES OF THE SHEET METAL WORKERS'
LOCAL UNION NO. 28 FUNDS AND PLANS,
Et al.,

                Plaintiffs                      18 **CIVIL** 11569 (JGK)

      -against-                            **JUDGMENT**

AIR WISE HEATING & COOLING, INC.,
                Defendant,
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated June 23, 2020, the court has reviewed the Report and Recommendation of Magistrate Judge Gorenstein; the time for objections has passed and no objections were filed; in any event, the Court finds that the Report and Recommendation are well-reasoned and should be adopted; therefore, judgment is entered in favor of the plaintiffs and against the defendant in the amount of $105,202.21 plus prejudgment interest at the rate of $34,95 per day from December 13, 2016 until the date judgment is entered in the amount of $45,050.55 for a total sum of $155,252.76; accordingly, this case is closed.

**Dated:**  New York, New York
           June 24, 2020

                                      **RUBY J. KRAJICK**
                                      _____
                                        Clerk of Court
**BY:**
                                        _____
                                          Deputy Clerk